

**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 404 815 6572
direct fax 404 541 3240
CHenn@kilpatricktownsend.com

MEMO ENDORSED

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/19
```

December 26, 2019

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:  *Joel Pena v. adidas America, Inc. et al.*, Civil Action No. 1:19-cv-09342-RA

Dear Judge Abrams:

We represent defendants adidas America, Inc. and Footlocker Stores, Inc. (collectively "Defendants"), the only defendants who have been served in the above-styled action. We submit this consent letter-motion to request (1) an adjournment of the initial pretrial conference from January 3, 2020 to the week of January 13, 2020 and (2) an extension of time for the parties to submit two-page letters addressing discovery they may need and the specific issues they intend to raise at the conference, to January 6, 2020. Defendants respectfully submit that good cause exists for the adjournment and extension because Defendants' principal trial counsel is not available to attend the initial trial conference in person on January 3 or the week of January 6, and because, in light of the parties' and counsel's holiday travel schedules, additional time is needed to confer pursuant to Federal Rule of Civil Procedure 26(f) and to reach an agreement on a Case Management Plan and Scheduling Order.

Pursuant to Your Honor's Special *Pro Se* Rule 1.C, Defendants further state as follows:

(1)  The current deadline for the parties to submit their two-page letters is December 27, 2019, and the initial pretrial conference is currently scheduled for January 3, 2020 at 11:15 a.m. (*see* ECF 8);

(2)  Defendants request that the initial pretrial conference be adjourned to a day and time of the Court's choosing during the week of January 13, 2020, and that the parties' deadline to submit their two-page letters be extended to January 6, 2020;

(3)  The parties have not previously requested an adjournment of the initial pretrial conference or an extension of time to submit their two-page letters;

(4)  Plaintiff Joel Pena consents to this request.

For the foregoing reasons, Defendants respectfully submit that this consent letter-motion

December 26, 2019
Page 2

should be granted.

Thank you for your attention to this matter.

Respectfully submitted,

R. Charles Henn Jr. (RH3049)

cc: Joel Pena (via U.S. Mail)

---

Application granted. The initial status conference is adjourned until January 17, 2020 at 4:30 p.m. Each party may submit a letter no longer than two (2) pages by January 3, 2020 addressing discovery it may need and any specific issues it intends to raise at the conference.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 30, 2019