UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JOEL PENA,

        Plaintiff,

        -against-

ADIDAS AMERICA, INC., et al.,

        Defendant.

------------------------------------------------------------x

19-CV-9342 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendants Adidas America, Inc. and Foot Locker Stores, Inc.'s letter motion to adjourn the March 19, 2020 status conference. That request is GRANTED. The March 19 status conference is hereby adjourned to **Tuesday, March 31, 2020 at 11:00 a.m.** The Clerk is directed to close ECF 25 and respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 10, 2020
      New York, New York

               *s/ Ona T. Wang*
                  **Ona T. Wang**
              United States Magistrate Judge