```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOEL PENA,                                                  :
                                                            :
                          Plaintiff,                        :        19-CV-9342 (RA) (OTW)
                                                            :
                    -against-                               :        ORDER
                                                            :
ADIDAS AMERICA, INC., et al.,                               :
                                                            :
                          Defendants.                       :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

It is hereby ordered that the **March 31, 2020 status conference is adjourned** *sine die*. Defendants adidas America, Inc., Foot Lockers Stores, Inc., and Stockx, LLC are directed to submit a status letter by April 15, 2020.

The Centers for Disease Control and the World Health Organization have advised people to take precautions regarding the COVID-19 pandemic, and the Chief Judge of this Court has entered standing orders regarding the same. *See, e.g.*, 20-MC-155. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is further ordered that parties and counsel shall conduct work remotely.  This includes, but is not limited to, client meetings, work meetings, and hand deliveries of courtesy copies to the Court (courtesy copies can be sent via email or mail). If any party or counsel has any private, personal, familial or medical concerns that they need to share with the Court that would necessitate further orders, they may email

Wang_NYSDChambers@nysd.uscourts.gov *ex parte* provided that they advise the other parties that they will be contacting the Court *ex parte*.

Defendants adidas America, Inc., Foot Locker Stores, Inc., and Stockx, LLC are directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

*s/ Ona T. Wang*

Dated: March 24, 2020                                          **Ona T. Wang**
       New York, New York                       United States Magistrate Judge