USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL PENA,

               Plaintiff,

        v.

ADIDAS AMERICA, INC. *et al.*,

               Defendants.

19-CV-9342 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 16, 2020, Magistrate Judge Wang entered a case management plan in this action. *See* Dkt. 31. Pursuant to that order, fact and expert discovery shall be completed by November 3, 2020 and December 18, 2020, respectively. Accordingly, the post-discovery conference on July 17, 2020 is adjourned to **January 8, 2021 at 10:30 a.m**. The parties shall submit a joint letter, updating the Court on the status of the case, including whether either party intends to file a dispositive motion and what efforts have been made to settle this action, no later than January 1, 2021.

    Defendants shall serve a copy of this Order on Plaintiff.

SO ORDERED.

Dated:    July 8, 2020
              New York, New York

                                         RONNIE ABRAMS
                                         United States District Judge