**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOEL PENA,

            Plaintiff,                           19-CV-9342 (RA) (OTW)

          -against-                             **ORDER**

ADIDAS AMERICA, INC., et al.,

           Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the Defendants' request to adjourn the December 10, 2020 conference. (ECF 48). The application is **granted**. The December 10, 2020 conference is hereby adjourned *sine die*.

The Clerk of Court is respectfully directed to close ECF 48 and mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated: December 4, 2020                                **Ona T. Wang**
       New York, New York                 United States Magistrate Judge