UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL PENA

                    Plaintiff,

           v.

ADIDAS AMERICA, INC., *et al.*,

                    Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

19-CV-9342 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court understands that discovery remains ongoing in this case. See Dkt. 53 (Order of Magistrate Judge Wang scheduling deposition for January 12, 2021). Accordingly, the post-discovery conference, currently scheduled for January 8, 2021, is hereby adjourned *sine die*. The parties are instructed to submit a joint status letter no later than one week after the close of fact discovery, at which time the Court will reschedule the post-discovery conference.

SO ORDERED.

Dated:   December 30, 2020
           New York, New York

_____
RONNIE ABRAMS
United States District Judge