**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JOEL PENA,

                    Plaintiff,                      19-cv-9342 (RA) (OTW)

         -against-                      **ORDER**

ADIDAS AMERICA, INC., et al.,

                    Defendants.

-----------------------------------------------------------x

       **ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Wednesday, March 10, 2021 at 10:30 a.m.** The dial in information is (866) 390-1828, access code 1582687. The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: January 26, 2021
New York, New York

                                     *s/ Ona T. Wang*
                                       **Ona T. Wang**
                           United States Magistrate Judge