**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JOEL PENA,

                     Plaintiff,                           19-CV-9342 (RA) (OTW)

        -against-                             **ORDER**

ADIDAS AMERICA, INC., et al.,

                     Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a status conference on January 26, 2021. As ordered at the conference:

- Plaintiff shall produce all documents and materials responsive and relevant to the litigation by **February 26, 2021**. Anything not produced by February 26, 2021 may be precluded from use in this action.

- Defendants shall serve any interrogatories by **February 2, 2021**. Plaintiff shall respond by **March 4, 2021**. Information requested, but not disclosed in the responses by Plaintiff, may be precluded from use in this action.

- Defendants are directed to order a copy of the January 26, 2021 transcript, serve a copy on Plaintiff, and file proof of service on the docket.

Plaintiff is warned that failure to comply with his discovery obligations may result in sanctions under Fed. R. Civ. P. 37(e)(2)(A)-(C).

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: January 26, 2021<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |