UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL PENA, | |
| Plaintiff, | 19-CV-9342 (RA) |
| v. | ORDER |
| ADIDAS AMERICA, INC., *et al.*, | |
| Defendants. | |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-10-21

RONNIE ABRAMS, United States District Judge:

On April 20, 2021, the Court endorsed a stipulation of voluntary dismissal of all claims between Plaintiff and Defendants Adidas America, Inc., Footlocker Stores, Inc., and Stockx, LLC. *See* Dkt. 78. Following this stipulation of dismissal, this action remains pending against the following Defendants: Flight Club New York, Ltd., 1661, Inc., KITH Retail, LLC, BBC Ice Cream, LLC, Concepts International, LLC, Packer Shoes, Inc., and Stadium Enterprises, LLC. Under Federal Rule of Civil Procedure 4(m), if Plaintiff wished to pursue his claims against these Defendants, he was required to serve process on them no later than April 1, 2020, absent good cause. *See* Dkt. 19.

No later than May 17, 2021, Plaintiff shall file on the docket proof that he served process on those Defendants, or alternatively, provide good cause for why he has been unable to serve process. If he does not do so, the Court will dismiss this case without prejudice as to those Defendants.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: May 10, 2021
       New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge