UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

JOEL PENA,

      Plaintiff,

  v.

ADIDAS AMERICA, INC., *et al.*,

      Defendants.

19-CV-9342 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On May 10, 2021, the Court issued an Order instructing Plaintiff to file on the docket proof that he served process on the remaining Defendants, or alternatively, provide good cause for why he has been unable to do so. Dkt. 79. The Court directed the Clerk of Court to mail the Order to Plaintiff. *Id*. The Court was recently informed that the Order was returned to sender.

  Given that it is Plaintiff's obligation to notify the Court of any changes in his mailing address, the Court will now dismiss this action pursuant to Federal Rule of Civil Procedure 41(b), albeit without prejudice. *See Laney v. Ramirez*, 10-CV-9063 (JGK), 2011 WL 6594491, at *1 (S.D.N.Y. Dec. 22, 2011) ("[A] case cannot proceed without a current address for the plaintiff and the failure to maintain such an address with the Court is a ground for failure to prosecute.").

  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: May 20, 2021
    New York, New York

                       RONNIE ABRAMS
                       United States District Judge